Carnegie-Illinois Steel Corp., Appellant, *v.*
Duquesne et al.

Submitted July 22, 1949. Before MAXEY, C. J.,
DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

580

*Elder W. Marshall, Frank W. Ittel* and *Reed, Smith, Shaw & McClay,* for appellant.

*Nathaniel K. Beck,* County Solicitor, *Edward G. Bothwell,* First Assistant County Solicitor, *Leonard*

*Boreman,* Assistant County Solicitor, for County of Allegheny, appellee.

*Louis C. Burstin,* City Solicitor, and *Edward G. Bothwell,* for City of Duquesne, appellee.

PER CURIAM, August 1, 1949:

The Order of the Court below is affirmed on the opinion of Judge MONTGOMERY.